NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DORIS H. MAYO,**
*Claimant-Appellant*

**v.**

**ROBERT WILKIE, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2017-2236

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 15-4153, Judge Coral Wong Pietsch.

---

**JUDGMENT**

---

KENNETH M. CARPENTER, Law Offices of Carpenter Chartered, Topeka, KS, argued for claimant-appellant.

REBECCA SARAH KRUSER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by MARTIN F. HOCKEY, JR., ROBERT EDWARD KIRSCHMAN, JR., CHAD A. READLER; CHRISTOPHER O. ADELOYE, Y. KEN LEE, Office of General Counsel,

United States Department of Veterans Affairs, Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (CHEN, MAYER, and BRYSON, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 3, 2018        /s/ Peter R. Marksteiner
Date                          Peter R. Marksteiner
                                 Clerk of Court